**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Vitel Communications LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-0815756** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **25 Independence Blvd., Suite 103**<br>**Warren, NJ 07059** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Somerset** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:   _____

Debtor    **Vitel Communications LLC**                                    Case number (*if known*) _____
    Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **See Attachment** | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

Debtor    **Vitel Communications LLC**                                    Case number (*if known*)
_____
Name

---

**11.  Why is the case filed in this district?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

**█  Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Vitel Communications LLC**
Name                                                                          Case number (*if known*)

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 19, 2018**
                     MM / DD / YYYY

**X** **/s/ David Jefferson**                                      **David Jefferson**
Signature of authorized representative of debtor          Printed name

Title   **Manager**

---

**18. Signature of attorney**

**X** **/s/ Stephen M. Kindseth**                   Date   **October 19, 2018**
Signature of attorney for debtor                              MM / DD / YYYY

**Stephen M. Kindseth ct14640**
Printed name

**Zeisler & Zeisler, P.C.**
Firm name

**10 Middle Street, 15th Floor**
**P.O. Box 1220**
**Bridgeport, CT 06604**
Number, Street, City, State & ZIP Code

Contact phone   **(203) 368-4234**      Email address   **info@zeislaw.com**

**ct14640 CT**
Bar number and State

Debtor    **Vitel Communications LLC**
Name                                                                                    Case number *(if known)*

---

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Debtor | **JNET Communications LLC** | | | Relationship to you | **Parent** |
| District | **Connecticut** | When | **10/19/18** | Case number, if known | **18-31723** |
| Debtor | **ServiCom LLC** | | | Relationship to you | **Affiliate** |
| District | **Connecticut** | When | **10/19/18** | Case number, if known | **18-31722** |

# VITEL COMMUNICATIONS LLC

## WRITTEN CONSENT BY MANANGING MEMBER

WHEREAS, VITEL Communications LLC (the "Company"), is a Delaware limited liability company;

WHEREAS, JNET Communications LLC (the "Managing Member") is the owner and the managing member of the Company, and the undersigned is the sole manager of the Managing Member;

NOW, THEREFORE, by signing this Consent, the Managing Member hereby consents to the following actions on behalf of the Company, and the undersigned hereby certifies that the Managing Member is authorized to consent to such actions and that the undersigned is duly authorized to execute this Consent on behalf of the Managing Member:

**RESOLVED**, that the Company shall (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11, United States Code (11 U.S.C. § 101, *et seq.*, hereinafter referred to as the "Bankruptcy Code"), (ii) if the circumstance arises prior to filing such a petition making necessary or convenient (a) consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (b) consent to the entry of an order for relief and convert an involuntarily commenced Chapter 7 case to a case under Chapter 11, and (iii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing; and

**FURTHER RESOLVED**, that the Managing Member of the Company shall be, and hereby is authorized and empowered to execute and deliver or cause to be filed, on behalf of the Company, (i) the voluntary petition of the Company pursuant to Chapter 11 of the Bankruptcy Code, (ii) the consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (iii) the consent to the entry of an order for relief and conversion of an involuntarily commenced Chapter 7 case to a case under Chapter 11, (iv) any and all other documents necessary or appropriate in connection therewith; and

**FURTHER RESOLVED**, that the Managing Member of the Company shall be, and hereby is, authorized and empowered to execute and deliver for and on behalf of the Company, as debtor and debtor-in-possession, such agreements, instruments and any and all other documents necessary or appropriate to facilitate the use of cash collateral under 11 U.S.C. § 363 or debtor-in-possession financing under 11 U.S.C. § 364; and

**FURTHER RESOLVED**, that the law firm of Zeisler & Zeisler, P.C. shall be, and it hereby is, authorized and empowered to represent the Company, as bankruptcy counsel, in the Company's Chapter 11 case; and

**FURTHER RESOLVED**, that the Managing Member of the Company shall be, and hereby is, authorized and empowered to retain, on behalf of the Company, attorneys, financial

advisors, investment bankers, accountants, and experts as the Manager so acting shall deem appropriate in his judgment; and

**FURTHER RESOLVED**, that the Managing Member of the Company shall be, and hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents, and to pay all such fees and expenses as the Managing Member shall deem appropriate in its judgment to fully carry out the intent and accomplish the purposes of these resolutions; and

**FURTHER RESOLVED**, that the resolutions set forth in this Consent do not conflict with any order of any court or the Limited Liability Company Agreement of the Company or the Limited Liability Company Agreement of the Managing Member or any regulation of the Company nor have such resolutions been in any way altered, amended or repealed and are in full force and effect, unrevoked and un-rescinded as of this date; and

**FURTHER RESOLVED**, that all of the acts and transactions of the Managing Member of the Company, which have been taken, caused to have been taken, or made prior to the effective date of these resolutions in connection with the matters set forth in these resolutions, are hereby ratified, confirmed and approved; and

**FURTHER RESOLVED**, that the signature page hereto may be delivered by facsimile or electronic transmission.

**IN WITNESS WHEREOF**, the undersigned, being the sole manager of the Managing Member of the Company, has caused this instrument to be signed as of the 18th day of October, 2018.

> **JNET COMMUNICATIONS LLC**
> a Delaware limited liability company,
>
> By:  */s/ David Jefferson*
> Name: David Jefferson
> Title:  Manager

**Fill in this information to identify the case:**

Debtor name **Vitel Communications LLC**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 19, 2018**        X **/s/ David Jefferson**
                                                          Signature of individual signing on behalf of debtor

                                                          **David Jefferson**
                                                          Printed name

                                                          **Manager**
                                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Vitel Communications LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF CONNECTICUT** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jon S. Corzine Trust Attn: Mrs. Nancy Dunlap 28 Laight Street New York, NY 10013 | | Business debt | | | | $1,867,343.65 |
| Merchants Leasing Attn: Pres, GP or Mng Member 1278 Hooksett Road Hooksett, NH 303106-1839 USA | | Business debt | | | | $518,419.59 |
| Mashel Law Attorney Trust Account Attn: Mr. Stephan Mashel 500 Campus Drive Suite 303 Morganville, NJ 07751 | | Legal Settlement/Kalbeau Joseph Case | | | | $175,000.00 |
| LIBERTY MUTUAL Attn: Pres, GP or Mng Member P.O. BOX 2027 KEENE, NH 03431-7027 | | Business debt | | | | $152,783.03 |
| COMDATA CORPORATION Attn: Pres, GP or Mng Member PO BOX 360239 PITTSBURGH, PA 15250-6239 USA | | Business debt | | | | $60,086.37 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Debtor | **Vitel Communications LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TIMBERHOUSE TRANSPORTATION AND EQUIPMNT Attn: Pres, GP or Mng Member 595 OAK TERRACE DRIVE COVINGTON, GA 30016** | | **Business debt** | | | | **$49,886.40** |
| **TECHNICAL MEDIA TECHNICIANS LLC Attn: Pres, GP or Mng Member 3649 KENYON AVE BALTIMORE, MD 21213** | | **Business debt** | | | | **$47,935.75** |
| **FIRST INSURANCE FUNDING Attn: Pres, GP or Mng Member 450 SKOKIE BLVD. STE 1000 NORTHBROOK, IL 60062-7917** | | **Business debt** | | | | **$30,431.23** |
| **INTEGRITY II Attn: Pres, GP or Mng Member 5903 WOLFPEN PLEASANT HILL RD Milford, OH 45150** | | **Business debt** | | | | **$28,934.43** |
| **JR GARCIA CABLE LLC Attn: Pres, GP or Mng Member 5985 FIRST LANDING WAY BURKE, VA 22015** | | **Business debt** | | | | **$27,487.96** |
| **SOUTHERN NETWORK COMMUNICATION LLC Attn: Pres, GP or Mng Member 2564 SUMMERFIELD WAY LAWRENCEVILLE, GA 30044** | | **Business debt** | | | | **$25,889.27** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor  **Vitel Communications LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **OURWORLD COMMUNICATIONS LLC** Attn: Pres, GP or Mng Member 12860 LENORE ST REDFORD, MI 48239 | | **Business debt** | | | | $25,512.00 |
| **XSTREAM LLC** Attn: Pres, GP or Mng Member 9705 MILL CENTRE DR. # 516 OWINGS MILLS, MD 21117 | | **Business debt** | | | | $24,678.04 |
| **INSIGHT-ELITE, LLC** Attn: Pres, GP or Mng Member 1560 BARRETT ROAD GWYNN OAK, MD 21207 | | **Business debt** | | | | $24,160.85 |
| **FRANK JAMES LINDE III** Attn: Pres, GP or Mng Member 7540 HWY 22 E OWENTON, KY 40359 | | **Business debt** | | | | $23,141.16 |
| **KASON HUDDLESTON CONTRACTING, LLC** Attn: Pres, GP or Mng Member 865 BREEZY HILL LANE ROCKWALL, TX 75087 | | **Business debt** | | | | $22,500.00 |
| **SERVICE TECH COMMUNICATIONS INC** Attn: Pres, GP or Mng Member 9 SAND RUN ROAD YARDLEY, PA 19067 | | **Business debt** | | | | $21,551.17 |
| **MULTICOM** Attn: Pres, GP or Mng Member 1076 FLORIDA CENTRAL PKWY LONGWOOD, FL 32750 | | **Business debt** | | | | $21,070.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Vitel Communications LLC**
  Name
  
Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SPRINT Attn: Pres, GP or Mng Member P.O. BOX 4181 CAROL STREAM, IL 60197-4181** | | **Business debt** | | | | $17,982.67 |
| **CARCO GROUP, INC. Attn: Pres, GP or Mng Member P.O. BOX 36460 NEWARK, NJ 07188-6460** | | **Business debt** | | | | $14,877.04 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 4

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## NEW HAVEN DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SERVICOM LLC, | : | Case No. 18-_____(AMN) |
| JNET COMMUNICATIONS LLC, and | : | Case No. 18-_____(AMN) |
| VITEL COMMUNICATIONS LLC, | : | Case No. 18-_____(AMN) |
| | : | |
| Debtors. | : | (Joint Administration Requested) |

## <u>DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTORS</u>

1.      Pursuant to 11 U.S.C. §329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am an attorney with Zeisler & Zeisler, P.C. (the "Firm"), proposed counsel for the Debtors in the above-captioned Chapter 11 cases (collectively, the "Bankruptcy Cases"), and compensation paid to the Firm for services rendered or to be rendered on behalf of the Debtors in connection with these Bankruptcy Cases is as follows:

The Firm has agreed to accept as a retainer:                    $140,000.00.[1]

As of the Petition Date, the Firm had a pre-petition retainer balance of:    $140,000.00.[2]
Balance Due of retainer:                              $0.00

2.      The source of compensation paid to the Firm was:

        __x__ Debtors                    Other (specify)

3.      The source of compensation to be paid to the Firm is:

        __x__ Debtors                    Other (specify)

4.      __x__ The Firm has not agreed to share compensation from the Debtors with any persons unless they are employees of the Firm.

5.      The Firm and I have agreed to render bankruptcy legal services to the Debtors on the terms and conditions set forth in the Retention Agreement appended hereto, and as further set forth in the Debtors' application for this Court's order approving the Debtors' employment of the Firm.

6.      Fees will be billed at the Firm's normal hourly rates and reimbursement of

---

[1]  Less the amount of fees and expenses incurred by the Firm through the filing of the bankruptcy case, which will be deducted from the $140,000 paid to determine the actual retainer amount; upon such deduction, the Firm will file an Amended Disclosure of Compensation of Attorneys of Debtors disclosing the actual retainer amount.

[2]  Same as footnote 1.

expenses will be sought, subject to Court approval, and the Debtors have agreed to pay all such allowed fees and expenses to the extent approved and the above-noted retainer is exceeded.

## **CERTIFICATION**

As of the date hereof, I certify that the foregoing is a complete statement of any agreement or agreement for payment to me and the Firm for the representation of the Debtors in these Chapter 11 cases.

Dated: October 19, 2018 at Bridgeport, Connecticut.


By:     */s/ Stephen M. Kindseth*
James Berman (Federal Bar No. ct06027)
Stephen M. Kindseth (Federal Bar No. ct14640)
Patrick R. Linsey (Federal Bar No. ct29437)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06605
Tel. 203-368-4234
Fax 203-367-9678
Email:  skindseth@zeislaw.com
          jberman@zeislaw.com
          plinsey@zeislaw.com
Their Attorneys



ZEISLER & ZEISLER, P.C.
**Attorneys at Law**

**10 Middle Street, 15th Floor**
**Bridgeport, Connecticut 06604**
**Phone: (203) 368-4234**
▌**www.zeislaw.com**

October 19, 2018

ServiCom LLC
JNET Communications LLC
Vitel Communications LLC
Attn: David Jefferson, CEO
155 Hill Street
Milford, CT 06460
(email: David.jefferson@jnet-llc.com)

Re:     Retention Agreement (Servicom LLC, JNET Communications LLC and Vitel
        Communications LLC/Chapter 11)

Dear Mr. Jefferson:

We are pleased that ServiCom LLC, JNET Communications LLC and Vitel Communications
LLC (the "Companies") has requested that Zeisler & Zeisler, P. C. provide it with representation.
The Bar recommends that there be a written retention agreement between attorneys and their
clients. Additionally, we feel that it is in the best interest of our clients that they be fully
informed of our billing practices. The purpose of this letter, therefore, is to set forth the scope of
our engagement as legal counsel to the Companies, to set forth the financial arrangements
regarding our engagement, and to verify our agreement of the foregoing.

1.      Scope of Engagement

Zeisler & Zeisler, P. C. (the "Firm") will perform those legal services that the Companies have
requested that it perform.  Specifically, we have been engaged to represent you in a Chapter 11
bankruptcy case upon the terms and conditions set forth herein.  We are not representing any of
your officers, directors, or shareholders individually. Any bankruptcy filing will require written
authorization from the Board of Directors of the Companies, or otherwise as we determine to be
legally necessary.

2.      Fees and Hourly Rates

Our billing practice is to charge for our services based on the hourly rate of the attorney
involved.  Fees are calculated based upon the amount of time devoted to a matter by an attorney
at that attorney's hourly rate.  These hourly rates are based upon experience, expertise, and
standing. Our current rates for attorneys range from $300.00 per hour for our associates to



Page 2

$500.00 per hour for our most senior partners. In addition, we try to use associate, paralegal, and secretarial support on projects whenever possible. Our bills are reviewed carefully before they are finalized and appropriate adjustments made when necessary. My billing rate is $500 per hour. The hourly rate for my paralegal is $190 per hour. All hourly rates are reviewed from time to time and may be adjusted and/or increased without notice. It is typical that some of our hourly rates are increased annually at the beginning of each calendar year. You will be advised before any new rate go into effect.

3.   Disbursements

The performance of legal services involves costs and expenses, some of which must be paid to third parties. These expenses include, but are not limited to, filing fees, court reporters, deposition fees, travel costs, telecopier costs, messenger services, long distance telephone charges, computerized research expenses, and expenses of experts whom we deem appropriate to assist in our representation of the Companies. The long-distance charges reflect our actual costs, copying charges represent our estimated actual costs of $.20 per page, and postage is charged at cost. We expect that the Companies will either pay directly or reimburse us for such costs. If such costs can be calculated beforehand and appear to be substantial, we may ask the Companies to advance us those sums before we expend them or to reimburse the vendor directly.

4.   Periodic Statements and Payment Terms

Our practice is to send monthly statements for services rendered and disbursements incurred on our client's behalf during the previous period. The detail and the statement will inform the Companies not only of the fees and disbursements incurred, but also of the nature and progress of the work performed. These statements are due and payable upon receipt, but in any event, no later than thirty (30) days thereafter.

We do our best to see that our clients are satisfied not only with our services, but also with the reasonableness of the fees and disbursements charged for these services. Therefore, if the Companies have any questions about, or objections to, a statement or the basis for our fees it, the Companies should raise it promptly for discussion. If you object only to a portion of the statement, we ask you to pay the remainder, which will not constitute a waiver of any objection.

5.   Retainer

Under certain circumstances, such as those which present themselves in this case, we require that a retainer be paid before the filing of the bankruptcy petition. In the present case, we have asked that the Companies pay all invoiced fees and expenses before the Petition is filed with the Court plus a retainer in the amount of $140,000 (less such amounts as applied to fees and expenses incurred prior to the commencement of the bankruptcy cases) to be applied against any remaining current and any fees and disbursements incurred in the future, which would include the $1,717 filing fee.



Page 3

The retainer shall constitute an advanced payment "earned upon receipt" by the Firm. However, even though the Firm owns the retainer, the Firm will deposit the retainer in a separate escrow account in the name of the Firm and will not disburse to the Firm any portion of the retainer until the Firm's fees and expenses are allowed by the Bankruptcy Court pursuant to the United States Bankruptcy Code. Any unused portion of the retainer upon the termination of the Firm's representation—the amount remaining after the payment of the Firm's fees and expenses—shall be refunded promptly to the Companies.

Any additional retainer amounts subsequently received by the Firm will be subject to the terms of this letter.

7.    Withdrawal from Representation

The attorney-client relationship is one of mutual trust and confidence. If you or the Companies have any questions at all about the provisions of this fee agreement, I invite inquiries. We encourage our clients to inquire about any matter relating to our fee arrangement or monthly statements that are in any way unclear or appear unsatisfactory. Any failure on the Companies' part to meet its obligations of timely payment under this Agreement will constitute authorization for the Firm to withdraw from this representation and to reveal this Agreement and any other necessary documents to any court or agency, if the same should prove necessary to effect withdrawal or collection of our fees. Conversely, this Agreement is also subject to termination by either party upon reasonable notice for any reason. Upon such termination, the Companies would remain liable for any unpaid fees and costs, absent legitimate objection thereto.

8.    Future Services

This Agreement will also apply to services rendered for such future matters that the Companies and the Firm jointly agree will be handled by the Firm. If, however, such services are substantially different from those to which this Agreement applies (for instance, an appearance on the Companies' behalf in Court), either party may request that a new Agreement be executed, or that this Agreement be re-acknowledged.

If this retention agreement correctly sets forth your understanding, and that of the Companies, of the scope of the services to be rendered to it by the Firm, and if the terms of the engagement are satisfactory, please execute the enclosed copy of this retention agreement and return it to us. If the scope of the services described is incorrect, or if the terms of the engagement set forth in this retention agreement are not satisfactory to the Companies, please let us know in writing so that we can discuss either aspect.



Page 4

By executing this Agreement, you and the Companies acknowledge that there is uncertainty concerning the outcome of this matter, and that the Firm and the undersigned attorney have made no guarantees as to the disposition of any phase of this matter. I look forward to continuing to work with you and thank you once again for the opportunity to serve.

Very truly yours,

ZEISLER & ZEISLER, P. C.

Stephen M. Kindseth, Esq.

READ, ACKNOWLEDGED AND AGREED TO:

**JNET Communications LLC**

By: _____     Date: _10/19/18_
    Name: David Jefferson
    Title:  Manager

**ServiCom LLC**

By: JNET Communications LLC
    its Managing Member

By: _____     Date: _10/19/18_
    Name: David Jefferson
    Title:  Manager

**Vitel Communications LLC**

By: JNET Communications LLC
    its Managing Member

By: _____     Date: _10/19/18_
    Name: David Jefferson
    Title:  Manager

# United States Bankruptcy Court
## District of Connecticut

In re    **Vitel Communications LLC**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 19, 2018**

**/s/ David Jefferson**

**David Jefferson/Manager**
Signer/Title

Internal Revenue Service
Centralized Insolvency operation
P.O. Box 7346
Philadelphia, PA 19101-7346


U.S. Department of Justice
Attn: Jeff Sessions, Attorney
950 Pennsylvania Avenue, NW
Washington, DC 20530


US Attorney's Office,New Haven
Attn: Christine Sciarrino, Esq
Assistant US Attorney
57 Church Street, Floor 25
New Haven, CT 06510


Department of Revenue Services
State of Connecticut
P.O. Box 2936
Hartford, CT 06104-2936


5 STAR COMMUNICATION
Attn: Pres, GP or Mng Member
211 GILES FERRY ROAD
FLOVILLA, GA 30216


A R TECHWORKS LLC
Attn: Pres, GP or Mng Member
5411 PEMBROKE AVE
GWYNN, MD 21207


Adam Appel
2S Woodington Road
Baltimore, MD 21229


ADVANCED CABLE CONTRACTORS, INC
Attn: Pres, GP or Mng Member
P.O. BOX 90
GROVETOWN, GA 30813


Akanbi Sulaiman
174 Hempstead Drive
Somerset, NJ 08873

Albert Higareda
4 Woodland Ave
Bellmawr, NJ 08031


Alisha Burnett Samuels
731 Kirkland Road Apt 8233
Covington, GA 30016


ALL ACCESS COMMUNICATION
Attn: Pres, GP or Mng Member
1880 HOWARD AVE.
SUITE 301B
VIENNIA, VA 22182


AMERICAN EXPRESS
Attn: Pres, GP or Mng Member
Po Box 1270
Newark, NJ 07101


Andre Scott
36 Memphis Court
Siclerville, NJ 08081


Anthony Benjamin
8992 Laurel Drive
Douglasville, GA 30135


Anthony Ferro
656 Helena Avenue
Mantua, NJ 08051


Anthony Hill
104 Rosemont Ct
Roswell, GA 30076


Anthony Lattimer
139 Clover Ave
Ewing, NJ 08638


Anthony Maxwell
17410 Nadora
Southfield, MI 48076

Anthony Toe
911 Ashton Park Drive
Lawrenceville, GA 30045


Antonio Mack
6193 Lodewyck Street
Detroit, MI 48224


AT&T
Attn: Pres, GP or Mng Member
P.O. BOX 105262
ALTANTA, GA 30348-5262


ATMOS ENERGY
Attn: Pres, GP or Mng Member
P.O. BOX 790311
ST. LOUIS, MO 63179-0311


Autumn Burns
125 Oaks Drive
Manchester, NJ 08759


BEAKES COMMUNICATIONS, LLC.
Attn: Pres, GP or Mng Member
4525 TORENCE PLACE
WOODBRIDGE, VA 22193


Bennie Matthews
2610 Morgan Road
Marietta, GA 30062


Benty Thomas
55 Manor Drive
Newark, NJ 07106


Billy Gaskin
7681 Conners Rd
Villa Rica, GA 30180


BIRCH COMMUNICATIONS
Attn: Pres, GP or Mng Member
PO BOX 105066
ATLANTA, GA 30348-5066

Blake Wagoner
2006 Sun Drive
Rockwell, TX 75032


BLUE RIDGE CABLE SERVICES
Attn: Pres, GP or Mng Member
Matthew Lee Lamb
1377 SWIFT RUN RD
RUCKERSVILLE, VA 22968


Brandon Caldwell
3721 Bonita Dr.
Plano, TX 75025


Brandon Figueroa
814 Jefferson Avenue
Bristol, PA 19007


BRAR  INC.
Attn: Pres, GP or Mng Member
10526 LAMOND DRIVE
MANASSAS, VA 20110


Brian Morales
258 Sunset Rd.
Barrington, NJ 08007


Brieana Mackey
1110 Chasewood Trail
Alpharetta, GA 30005


BRINKS HOME SECURITY
Attn: Pres, GP or Mng Member
DEPT. CH 14321
PALATINE, IL 60055-4321


Brittany Floyd
1546 Gorsuch Ave
Baltimore, MD 22118


Bryant Ferrell
4110 Sunrise
College Park, GA 30345

```
BUSH BROS. TRUCKING
Attn: Pres, GP or Mng Member
WASTE AND RECYCLING SERVICES
P.O. BOX 4
GARWOOD, NJ 07027


C & J CONSTRUCTION
Attn: Pres, GP or Mng Member
P.O. Box 3185
LOGANVILLE, GA 30052


CARCO GROUP, INC.
Attn: Pres, GP or Mng Member
P.O. BOX 36460
NEWARK, NJ 07188-6460


CECCHI PARTNERSHIP
Attn: Pres, GP or Mng Member
P.O. BOX 211
RIVERSIDE, NJ 08075


CEDAR MANAGEMENT OF NEW JERSEY LLC
Attn: Pres, GP or Mng Member
P.O. BOX 17
LAKEWOOD, NJ 08701


Ceridian
Attn: Pres, GP or Mng Member
PO Box 10989
NEWARK, NJ 07193


CERIDIAN
Attn: Pres, GP or Mng Member
3311 E OLD SHAKOPEE ROAD
BLOOMINGTON, MN 55425


Chidiebere Opara
2298 Spruce St
Ewing, NJ 08638


Chris Russell
2247 Scioto St
Springfield, OH 45506
```

CHRISTIAN FIBER SOLUTION, LLC
Attn: Pres, GP or Mng Member
JEFFREY R. CHRISTIAN
306 14 STREET
GROTTOES, VA 35552


CHRISTIAN FIBER SOLUTIONS, LLC
Attn: Pres, GP or Mng Member
JEFFREY R CHRISTIAN
12264 RTE 193
ELLISBURG, NY 13636


Christin Thomas
760 Eayrestown Apt A16-5
Lumberton, NJ 08048


Christine Sullivan
3025 5th Avenue
Baltimore, MD 21234


Christopher Jenkins
3354 Springside Ridge
Decatur, GA 30034


Christopher Joyce
1428 Goodwood Avenue
Essex, MD 21221


Christopher Powell
4256 Village Square Lane
Stone Mountain, GA 30083


Christopher Watson
17 Fernwood
Dayton, OH 45405


Cierra Foster
5300 Bowleys Lane
Baltimore, MD 21206


CITY OF HARRISONBURG VA
Attn: Pres, GP or Mng Member
CITY TREASURER
P.O. BOX 1007
HARRISONBURG, VA 22803-1007

CITY OF RICHMOND
Attn: Pres, GP or Mng Member
DEPARTMENT OF PUBLIC UTILITIES
P.O. BOX 26060
RICHMOND, VA 23274-0001


CITY OF ROCKWALL
Attn: Pres, GP or Mng Member
385 S. GOLIAD ST.
ROCKWALL, TX 75087


Claude Morris
2693 Rice Mill Ct
Grayson, GA 30017


Clayton Wright
195 Parrish
Bronson, TX 75930


Cleavon McCants
924 20th Street
Newark, NJ 07108


Clive Johnson
111 Henry St
Hamilton, NJ 08611


COLEMAN BUICK GMC
Attn: Pres, GP or Mng Member
100 RENAISSANCE BLVD.
LAWRENCEVILLE, NJ 08648


COMCAST
Attn: Pres, GP or Mng Member
PO BOX 530098
ATLANTA, GA 30353-0098


COMCAST
Attn: Pres, GP or Mng Member
P.O. BOX 3005
SOUTHEASTERN, PA 19398-3005


COMCAST
Attn: Pres, GP or Mng Member
PO BOX 3001
SOUTHEASTERN, PA 19398-3001

COMCAST
Attn: Pres, GP or Mng Member
PO BOX 1577
NEWARK, NJ   07101-1577 USA


COMDATA CORPORATION
Attn: Pres, GP or Mng Member
PO BOX 360239
PITTSBURGH, PA   15250-6239 USA


COMMERCIAL DISPOSAL
Attn: Pres, GP or Mng Member
P.O. BOX 488
SMYRNA, GA 30081


Cong Vu
564 Cliffglen Way
Lilburn, GA 30347


Conrad Ross
49BMain St
Hamburg, NJ 07419


Coral Capital Solutions LLC
Attn: Jim Bertie
275 Madison Avenue
Suite 2014
New York, NY 10016


Cornelius Pearson
4023 Preserve Glen Way
Snellville, GA 30039


Cory Spitzer
4648 Ridgebury Dr
Kettering, OH 45440


Craig Francis
40 Francis Avenue
Hamilton, NJ 08629


Dahlia Samms
3202 Deer Valley Dr.
Acworth, GA 30101

Dalkeith Smith
1033 Sewall Ave
Asbury Park, NJ 07712


Damian Brown
11 Berkeley St
Maplewood, NJ 07040


Daniel Chatterton
7444 Country Walk
Franklin, OH 45005


DANIEL L. MILLER
Attn: Pres, GP or Mng Member
dba NEW CABLE SERVICE,INC.
7229 RICHFIELD
DAVISON, MI  48423 USA


Danielle Vanderham
1920 Camden Ave
Whiting, NJ 08759


Dante Cornish
5024-C Denview Way
Baltimore, MD 21206


DAVID ALLEN ARMSTRONG
Attn: Pres, GP or Mng Member
dbs ARMSTRONG ELECTRIC
504 FAIRMONT DRIVE
EDGEWATER, MD 21037


David Echeverria
534 South Broad St
Elizabeth, NJ 07202


David Kinyanjui
4 Ambo Circle
Middle River, MD 21220


David Ott
270 West Olive Street
Westville, NJ 08093

DEL OFFICE PARK COMPLEX
Attn: Pres, GP or Mng Member
P.O. Box 14690
RICHMOND, VA 23221


DIAMOND SPRINGS
Attn: Pres, GP or Mng Member
P.O. BOX 38668
RICHMOND, VA 23231


Dinh Hoang
722 Tanners Point Dr
Lawrenceville, GA 30044


Dolly Hall
9505 Kingscroft Ter Unit B
Perry Hall, MD 21128


DOMINION CABLE SERVICES LLC
Attn: Pres, GP or Mng Member
600 BATTERSEA DRIVE
LAWRENCEVILLE, GA 30044


DOMINION ENERGY VIRGINIA
Attn: Pres, GP or Mng Member
P.O. BOX 26543
RICHMOND, VA 23290-0001


Donte Goodman
63 Jersey St
Trenton, NJ 08611


DREAM CABLE INSTALLATION LLC
Attn: Pres, GP or Mng Member
811 S. SUGARLAND RUN DRIVE
STERLING, VA 20164


DRIVER'S ALERT
Attn: Pres, GP or Mng Member
P.O. BOX 50079
LIGHTHOUSE POINT, FL 33074-0079


DUSTIN SPENCER
Attn: Pres, GP or Mng Member
402 JAMES RIVER ROAD
SCOTTSVILLE, VA

Dustin Waulk
701 Union Rd
Engelwood, OH 45315


Dwayne Daniels
3056 Excelsior Ct
Snellville, GA 30039


EAGLESPEED OIL & LUBE
Attn: Pres, GP or Mng Member
72 ROUTE 9
Bayville, NJ 08721


Eduardo Ibarra
3528 Toronto Street
Dallas, TX 75212


Edward Griffin
839 Henderson Drive
Springfield, OH 45503


Edwin Copes
313 Stone Rd
Lindenwold, NJ 08021


ELECTRO RENT CORPORATION
Attn: Pres, GP or Mng Member
27315 NETWORK PLACE
CHICAGO, IL 60673-1273


Emmanuel Ofosu
107 Pheasant Hollow Dr
Plainsboro, NJ 08536


Emmanuel Vah
413 Ardmore Ave.
Trenton, NJ 08629


Equanas Johnson
1414 Foxhall Lane
Atlanta, GA 30316

Eric Kissi
239 New Trent Street
Ewing, NJ 08638


Eric Mensah
343 Schley St Apt C8
Newark, NJ 07112


Ernest Mackey
1110 Chasewood Trail
Alpharetta, GA 30005


Errol Thompson
250 Cuyler Avenue
Trenton, NJ 08628


eSCREEN, INC.
Attn: Pres, GP or Mng Member
P.O. BOX 654094
DALLAS, TX 75265-4094


Ethan Walter
2524 Hurry Road
Forked River, NJ 08731


Evains Seide
1271 Marlwood Ct
Stone Mountain, GA 30083


Everlasting Capital Corp.
Attn: Pres, GP or Mng Member
27B Sterling Drive
Rochester, NH 03867


Everton Simmonds
3003 Glen Avenue
Baltimore, MD 21215


Fabian Watson
8 South Wood Park Dr
Hilton Head, SC 29926

Felecia Curney
44 Sanderson St
Atlanta, GA 30307


FIRST INSURANCE FUNDING
Attn: Pres, GP or Mng Member
450 SKOKIE BLVD.
STE 1000
NORTHBROOK, IL 60062-7917


FP MAILING SOLUTIONS
Attn: Pres, GP or Mng Member
140 N. MITCHELL CT
SUITE 200
ADDISON, IL 60101-5629


FRANK JAMES LINDE III
Attn: Pres, GP or Mng Member
7540 HWY 22 E
OWENTON, KY 40359


Frantz Paul
500 Adams Lane Apt 1N
N Brunswick, NJ 08902


Fredrick Briggins
2113 Powers Ferry Road Apt B
Marietta, GA 30067


Fritz Frage
117 Luttgen Place
Linden, NJ 07036


Fritzner Eugene
164 Grumman Avenue
Newark, NJ 07112


GARCIA CABLE, INC.
Attn: Pres, GP or Mng Member
15271 FREDERICK ROAD
WOODBINE, MD 21797


GARY MASON
Attn: Pres, GP or Mng Member
234 N. FORBES
JACKSON, MI 49202

George Kizhakevattaparampil
5174 Boweos Brook Drive
Lilburn, GA 30047


GEORGIA POWER
Attn: Pres, GP or Mng Member
96 ANNEX
ATLANTA, GA 30396-0001


GLOBAL CABLE WORKS INC.
Attn: Pres, GP or Mng Member
6612 BROADCREEK OVERLOOK
FREDERICKSBURG, VA 22407


GREGORY N. PROPST
Attn: Pres, GP or Mng Member
dba PROPST EXCAVATING
5215 SCHOLARS ROAD
MT. CRAWFORD, VA 22841


Gregory Wright
56 Kettlebrook Dr
Mt Laurel, NJ 08054


HARRISONBURG ELECTRIC COMMISSION
Attn: Pres, GP or Mng Member
89 WEST BRUCE STREET
HARRISONBURG, VA 22801


HEWLETT-PACKARD FINANCIAL SERVICES CO
Attn: Pres, GP or Mng Member
200 CONNELL DRIVE
SUITE 5000
BERKELEY HEIGHTS, NJ 07922


HOME RUN CABLE LLC
Attn: Pres, GP or Mng Member
542 ROSSMORE ROAD
RICHMONS, VA 23225


HUB INTERNATIONAL NE
Attn: Pres, GP or Mng Member
PO BOX 415284
BOSTON, MA 02241-5284

IC CONTRACTING LLC
Attn: Pres, GP or Mng Member
P.O. BOX 6121
WILLIAMSBURG, VA 23188


INSIGHT-ELITE, LLC
Attn: Pres, GP or Mng Member
1560 BARRETT ROAD
GWYNN OAK, MD 21207


INTEGRITY II
Attn: Pres, GP or Mng Member
5903 WOLFPEN PLEASANT HILL RD
Milford, OH 45150


INTERFACE SECURITY SYSTEMS
Attn: Pres, GP or Mng Member
8339 SOLUTIONS CENTER
CHICAGO, IL 60677-8003


ITC TELECOM TECHNOLOGY, LLC
Attn: Pres, GP or Mng Member
3700 S. COLLEGE AVENUE
UNIT 102
FORT COLLINS, CO 80525


Jacob Mbane
915 Ivorie Ct
Burlington, NJ 08016


Jade Parker
4110 Sunrise Trail
College Park, GA 30349


James Hogan
1419 Winter Park Circle
Essex, MD 21221


Jamie Malone
352 Colonial Drive
Toms River, NJ 08753

JAN-PRO OF DC, MD AND VA
Attn: Pres, GP or Mng Member
10801 MAIN STREET
SUITE 200
FAIRFAX, VA 22030


Jason Ouellette
11 Persia Court
Sicklerville, NJ 08081


Jennifer Jones
6842 North Hairpin
Quinton, VA 23141


Jermaine Sommerville
177 Kerrigan Blvd
Newark, NJ 07106


Jerome Winkle
3474 Carrick Circle
Snellville, GA 30039


JERSEY CENTRAL POWER & LIGHT
Attn: Pres, GP or Mng Member
PO BOX 3687
AKRON, OH 44309-3687


Jesse Rosario
3729 E White Pine Road
Baltimore, MD 21220


Jimmy Jeanbaptiste
64 Kuna Terrace
Irvington, NJ 07111


John Approbato
13893 St Hwy 7 West
Center, TX 75935


JOHNSTON LAW FIRM, LLC
Attn: Pres, GP or Mng Member
75 MIDLAND AVENUE, SUITE 1
Montclair, NJ 07042

Jon S. Corzine Trust
Attn: Mrs. Nancy Dunlap
28 Laight Street
New York, NY 10013


Jorge Spears
1005 Lawton
Dallas, TX 75217


Joseph Luna
1344 West North St
Egg Harbor City, NJ 08215


Joseph Streater
510 Spruce Street
Camden, NJ 08103


Joshua Massey
1785 FM 1777
Royse City, TX 75189


Joshua Wacker
1919 Robinwood Rd
Baltimore, MD 21222


JR GARCIA CABLE LLC
Attn: Pres, GP or Mng Member
5985 FIRST LANDING WAY
BURKE, VA 22015


Junior Bunyengu
1950 Roswell Road #5A8
Marietta, GA 30062


KASON HUDDLESTON CONTRACTING, LLC
Attn: Pres, GP or Mng Member
865 BREEZY HILL LANE
ROCKWALL, TX 75087


Keenan Johnson
308 Marshall Avenue
Blackwood, NJ 08012

Keith O'Neill
2800 Sherman Avenue
Camden, NJ 08105


Kenneth Albanes
525 Court St
Elizabeth, NJ 07206


Kenneth Campbell
2214 River Chase Terrace
Duluth, GA 30096


Kenneth Sonpon
9239 Blue Grass Rd Apt 6
Philadelphia, PA 19114


Keone Rosario
825 St George Ct
Edgewood, MD 21040


Kevin Crippen
1110 Heck Ave Apt 36
Neptune, NJ 07753


Khiry James
323 E 21st St
Baltimore, MD 21218


Kimberly Jones
2421-A Beaver Valley Rd
Fairborn, OH 45324


Kirkland Taylor
702 Green Grove Place
Neptune, NJ 07753


Krystle Christian
3441 Marble Arch Drive
Pasadena, MD 21122

Kyle Battalia
3 Greenwood Drive
Bordentown, NJ 08505


LaDarrell Davis
4791 Lake Park Terrace
Acworth, GA 30101


LaQuan Quarles
19 Summit Ct
Clementon, NJ 08021


Lawrence Flemming
1276 Oak St. Apt A
Atlanta, GA 30310


Lawrence Garlic
550 Bilper Apt 4712
Lindenwold, NJ 08021


LEE BOND COMMUNICATIONS, INC
Attn: Pres, GP or Mng Member
345 N MAIN ST. #90
CLAWSON, MI 48017


LIBERTY MUTUAL
Attn: Pres, GP or Mng Member
P.O. BOX 2027
KEENE, NH 03431-7027


Linda Tharpe
3665 Lawrenceville Hwy D12
Tucker, GA 30084


Lisa Monroe
217 Marion Avenue
Westville, NJ 08093


Lorena Harman
219 Beaver Pond Way
Mineral, VA 23117

```
LUBE IT ALL
Attn: Pres, GP or Mng Member
29 EAST HIGH WAY 35
EATONTOWN, NJ 07724


Lyle Kelley
7043 N Shore Drive
Lithonia, GA 30058


Madison Blair
63 Merrill Meadows Pt
Douglasville, GA 30134


MAH720, LP
Attn: Pres, GP or Mng Member
1 CLEVELAND ST, SUITE 1275
GORDONSVILLE, VA 22942


MALL CHEVROLET
Attn: Pres, GP or Mng Member
75 HADDONFIELD ROAD
CHERRY HILL, NJ 08002-1453


Marc Galvan
320 W Branch Ave Apt 35B
Pine Hill, NJ 08021


Marcia Fagin
5465 Zachary Dr
Stone Mountain, GA 30083


Marcus Johnson
2105 Williams Dr
Harve de Grace, MD 21078


Mark O'Brien
533 Hollywood Drive
Magnolia, NJ 08049


Marques Pedescleaux
1416 London Way
Lithia Springs, GA 30122
```

Mary Gebhardt
14 Long Island View
Milford, CT 06460


Marzerreck Williams
3802 Button Gate
Lithonia, GA 30038


Mashel Law Attorney Trust Account
Attn: Mr. Stephan Mashel
500 Campus Drive Suite 303
Morganville, NJ 07751


Maurice Burrell
340 Gusryan Street
Baltimore, MD 21224


Maurice Rosemond
2418 Carlow Court
Decatur, GA 30035


Meekie Young
89 Lembeck Ave
Jersey City, NJ 07305


Melissa Perkins
404 3rd St
Waretown, NJ 08758


Merchants Leasing
Attn: Pres, GP or Mng Member
1278 Hooksett Road
Hooksett, NH   303106-1839 USA


Michael Kornegay
3792 Fryeburg Place
Snellville, GA 30039


Michael Meisberger
119 Rutledge Ave
Ewing, NJ 08618

Michael Moniello
22 Trinidad Avenue
Seaside Heights, NJ 08751

Michael O Kelly
10 Hampshire Road
Toms River, NJ 08757

Michael Seidl
114 Miry Brook Rd.
Hamilton, NJ 08690

Michael Smith
1014 Mill Run Court
Centerville, OH 45459

Michael Stump
3 Hanover Dr.
Cookstown, NJ 08511

Michel Charles
1041 Rivington St
Roselle, NJ 07203

MILENIUM INC.
Attn: Pres, GP or Mng Member
5395 COGSWELL RD
WAYNE, MI 48184-0308

Milton Figueroa
519 Main Street
Cherry Hill, NJ 08002

Morgan Daniel
4007 Williams St
Sachse, TX 75048

MOSWELL PROPERTIES
Attn: Pres, GP or Mng Member
P.O.Box 189
UVALDA, GA 30473

MOVEABLE CONTAINER STORAGE
Attn: Pres, GP or Mng Member
P.O. BOX 531659
ATLANTA, GA 30353-1659


MULTICOM
Attn: Pres, GP or Mng Member
1076 FLORIDA CENTRAL PKWY
LONGWOOD, FL 32750


Myra Brock
6108 Marquette Rd
Essex, MD 21206


Nathaniel Coffman
9 Upper Hillside
Bellbrook, OH 45305


Nathaniel Mcpherson
1764 Bertram Lane SW
Marietta, GA 30008


Nelson Rodriguez
2808 Mckinley Ave
Fort Worth, TX 73106


NEW JERSEY AMERICAN WATER
Attn: Pres, GP or Mng Member
BOX 371331
PITTSBURGH, PA 15250-7331


NEW TECHNOLOGIES CONSTRUCTION
Attn: Pres, GP or Mng Member
6951 FAIRPINES ROAD
CHESTERFIELD, VA 23832


Nicholas Cupidore
37 Allen Street
Irvington, NJ 07111


NJ NATURAL GAS CO.
Attn: Pres, GP or Mng Member
P.O. BOX 11743
NEWARK, NJ 07101-4743

NORTEX CATV COMMUNICATIONS, INC.
Attn: Pres, GP or Mng Member
2911 ESTERS ROAD
#1440
IRVING, TX 75062


NORTHERN VIRGINIA UNDERGROUND INC.
Attn: Pres, GP or Mng Member
C/O CAPS FUNDING
P.O. BOX 75
BALLENTINE, SC 29002-0075


OCHOA UNDERGROUND
Attn: Pres, GP or Mng Member
C/O CAPS FUNDING LLC
POB 75
BALLENTINE, SC 29002


Omar Mohamed
2967 Kingstream Dr
Snellville, GA 30039


OPTIMUM
Attn: Pres, GP or Mng Member
P.O. BOX 742698
CINCINNATI, OH 45274-2698


Orville Blythe
227 Ivywood Ln
Roswell, GA 30076


Osborne Hankey
129 Dennis St
Roselle, NJ 07203


OURWORLD COMMUNICATIONS LLC
Attn: Pres, GP or Mng Member
12860 LENORE ST
REDFORD, MI 48239


Paige Green
1345 Walker Ave
Baltimore, MD 21239

Pamela Baker
2222 Brandy Drive
Weatherford, TX 76087


Patrick Faust
22 Haygood Avenue
Atlanta, GA 30315


Patrick Williamson
227 N Arlington Avenue
East Orange, NJ 07017


Paul Gottman
635 Longview Dr
Toms River, NJ 08753


PAULETTE R. CAMPBELL
Attn: Pres, GP or Mng Member
dba OUTLAW CABLE
850 PALMER SPRINGS RD.
BOYDTON, VA 23917


Perley Champney
2201 Country Walk
Snellville, OR 30039


Philencia Woods
3400 Salem Road
Covington, GA 30054


Phillip Ferrante
2704 S 18th Street
Philadelphia, PA 19145


Quang Nguyen
1551 W River Drive
Pennsauken, NJ 08110


Quinton Grimes
320 Fairburn Road
Atlanta, GA 30331

RAHWAY 1989 ASSOCIATES
Attn: Pres, GP or Mng Member
C/O LOWELL JAEGER,JAEGER LUMBR
2322 MORRIS AVENUE
UNION, NJ 07083


Randall Hodges
4220 Rue Dartagnan
Stone Mountain, GA 30083


Rashawn Ray
14 Allentown Street
Allentown, NJ 08501


READYREFRESH
Attn: Pres, GP or Mng Member
P.O Box 856192
LOUISVILLE, KY  40285-6192 USA


READYREFRESH
Attn: Pres, GP or Mng Member
P.O. BOX 856192
LOUISVILLE, KY 40285-6192


RELIANT ENERGY
Attn: Pres, GP or Mng Member
PO BOX 650475
DALLAS, TX 75265-0475


Remhy Caraballo
306 Slocum Place
Long Branch, NJ 07740


REPUBLIC SERVICES #410
Attn: Pres, GP or Mng Member
P.O. BOX 9001099
LOUISVILLE, KY 40290-1099


REPUBLIC SERVICES #795
Attn: Pres, GP or Mng Member
PO BOX 78829
PHOENIX, AZ 85062-8829


Richard Grozinski
900 Gary Smith Way Unit 14204
Forked River, NJ 08731

Richard Marcellus
124 Pageant Lane
Willingboro, NJ 08046


Richard Reynolds
45 Hillside Avenue
Hillside, NJ 07205


Robert Clay IV
39 Clover Street
Dayton, OH 45410


Robert Georgescue
31 DeFiance Road
Malaga, NJ 08328


Robert Massey
1785 FM 1777
Royce City, TX 75189


Robert Triplett
7167 Stonebrook Lane
Lithonia, GA 30058


Robert Watson
1148 Franklin Street
Trenton, NJ 08610


Rodney Slaughter
12 Copper Tree Ct
Mt Laurel, NJ 08054


ROGUT MCCARTHY LLC
Attn: Pres, GP or Mng Member
COUNSELLORS AT LAW
37 ALDEN STREET
CRANFORD, NJ 07016


Rohan Barclay
101 North Overbrook Avenue
Trenton, NJ 08618

Rolf Bailey
2998 Palm Spings CT
East Point, GA 30344


Rony Cherilus
375 Atlantic Ave
Trenton, NJ 08629


Ryan Clifton
86 High Street
Woodbridge, NJ 07095


Samuel Sanchez
1028 S 4th St
Camden, NJ 08103


Scott Johnson
2266 Eversole Road
Harrisonburg, VA 22802


SECURITY OPERATIONS
Attn: Pres, GP or Mng Member
P.O. BOX 988
SNELLVILLE, GA 30078


SERVICE TECH COMMUNICATIONS INC
Attn: Pres, GP or Mng Member
9 SAND RUN ROAD
YARDLEY, PA 19067


Shane Marsh
104 Central Ave Apt 120
Dayton, OH 45405


Shanette Clayton
2100 Ellison Lakes Dr 116
Kennesaw, GA 30152


Shomari Brown
664 Scotland Road
Orange, NJ 07050

SLAGLE UTILITY CONSTRUCTION, INC
Attn: Pres, GP or Mng Member
P.O. BOX 730
HEWITT, TX 76643


SOUTHERN NETWORK COMMUNICATION LLC
Attn: Pres, GP or Mng Member
2564 SUMMERFIELD WAY
LAWRENCEVILLE, GA 30044


SOUTHWEST CONTRACTORS
Attn: Pres, GP or Mng Member
4228 TWINLEAF DRIVE
CROWLEY, TX 76036


SPRINT
Attn: Pres, GP or Mng Member
P.O. BOX 4181
CAROL STREAM, IL 60197-4181


Stamatis Stamoulis
105 Mountpelier
Egg Harbor Twp, NJ 08234


STAPLES BUSINESS ADVANTAGE
Attn: Pres, GP or Mng Member
P.O. BOX 70242
PHILADELPHIA, PA 19176-0242


Stephen Buchahan
332 E Washington Ave
Magnolia, NJ 08049


Stephen Smith
10676 Sleepy Hollow Rd
Terrell, TX 75161


Steven Dobbins
P O Box 278
Porterdale, GA 30070


Steven McDonald
1012 Capitains Bridge
Centerville, OH 45458

STL INSTALLERS LLC
Attn: Pres, GP or Mng Member
2667 SKYVIEW DOWNS DR
HOUSTON, TX 77047


SUNBELT RENTALS
Attn: Pres, GP or Mng Member
PO BOX 409211
ATLANTA, GA 30384-9211


Tammy Jones
370 Walton View
Fairburn, GA 30213


TECHNICAL MEDIA TECHNICIANS LLC
Attn: Pres, GP or Mng Member
3649 KENYON AVE
BALTIMORE, MD 21213


TECHS 4IT, INC
Attn: Pres, GP or Mng Member
18 N. HIGH STREET
BALTIMORE, MD 21202


TERMINIX  PROCESSING CENTER
Attn: Pres, GP or Mng Member
PO BOX 742592
CINCINNATI, OH  45274-2592 USA


Thaddeus Hargrove
17 Stretton Circle
Willingboro, NJ 08046


Thinh Nguyen
3330 Drayton Manor Run
Lawrenceville, GA 30014


Thomas Savitsky
1623 W Pratt St
Baltimore, MD 21223


Thomas Stinson
3710 Green Oak Ct
Baltimore, MD 21234

TIKAL GENERAL CONSTRUCTION LLC
Attn: Pres, GP or Mng Member
C/O CAPS FUNDING LLC
P.O. BOX 75
BALLENTINE, SC 29002


TIMBERHOUSE TRANSPORTATION AND EQUIPMNT
Attn: Pres, GP or Mng Member
595 OAK TERRACE DRIVE
COVINGTON, GA 30016


TIME WARNER CABLE
Attn: Pres, GP or Mng Member
PO BOX 60074
CITY OF INDUSTRY, CA 91716-0074


Todd Rodney
67 High Street
Harrisburg, VA 22801


Tomika Ricks
4430 Wesleyan Pointe
Decatur, GA 30034


TOYOTA INDUSTRIES COMMERCIAL FINANCE
Attn: Pres, GP or Mng Member
PO box 660926
DALLAS, TX 75266-0926


ULINE
Attn: Pres, GP or Mng Member
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 88741
CHICAGO, IL 60680-1741


UNLIMITED CONNECTIONS, LLC.
Attn: Pres, GP or Mng Member
9405 WHITE CEDAR DR. STE 213
OWINGS MILLS, MD 21117


VAR RESOURCES, INC
Attn: Pres, GP or Mng Member
P.O. BOX 844803
LOS ANGELES, CA 90084-4803

VERIZON
Attn: Pres, GP or Mng Member
PO BOX 4830
Trenton, NJ 08650-4830


Vincent Mastrangelo
110 Haddon Avenue
Collinswood, NJ 08108


WASTE CONNECTIONS OF MARYLAND
Attn: Pres, GP or Mng Member
MID-ATLANTIC DISTRICT
PO BOX 660389
DALLAS, TX 75266-0389


WELLS FARGO EQUIPMENT FINANCE
Attn: Pres, GP or Mng Member
MANUFACTURER SERVICES GROUP
PO BOX 7777
SAN FRANCISCO, CA 94120-7777


WESTNET INC.
Attn: Pres, GP or Mng Member
8594 CROWN DRIVE STE 429
BOYNTON BEACH, FL 33436


William Coffman
1325 Colorado Drive
Xenia, OH 45385


William McCullough
1420 Somerset
Grosse Pointe Park, MI 48230


WOOLSTON COMPANY INC.
Attn: Pres, GP or Mng Member
PO BOX 86
BORDENTOWN, NJ 08505


WORLDWIDE EXPRESS
Attn: Pres, GP or Mng Member
FUSION LOGISTICS-WWE
NW 6355 - PO BOX 1450
MINNEAPOLIS, MN 55485-6355

XSTREAM LLC
Attn: Pres, GP or Mng Member
9705 MILL CENTRE DR. # 516
OWINGS MILLS, MD 21117


YUNWON KANG
Attn: Pres, GP or Mng Member
3925 HONEYCREEK TRACE
BUFORD, GA 30519


Yves Lormil
72 Union Ave
Irvington, NJ 07111


ZEN COMMUNICATIONS
Attn: Pres, GP or Mng Member
c/oVerusBank of Commrce LckBx
3700 S. College Ave, Unit #102
FORT COLLINS, CO 80525