# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SERVICOM LLC, | : | Case No. 18-31722 (AMN) |
| JNET COMMUNICATIONS LLC, and | : | Case No. 18-31723 (AMN) |
| VITEL COMMUNICATIONS LLC, | : | Case No. 18-31724 (AMN) |
| | : | |
| Debtors. | : | (Joint Administration Requested) |

**AFFIDAVIT OF DAVID JEFFERSON**
**IN SUPPORT OF APPLICATION OF THE DEBTORS FOR**
**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

I, David Jefferson, being duly sworn, hereby depose and say:

1. I am the Manager of JNET Communications, LLC ("JNET"). By virtue of such position and my participation in the relevant events, I have personal knowledge of the facts set forth herein. I provide this Affidavit in support of the Application of the Debtors for Order Directing Joint Administration of Chapter 11 Cases (the "Application").

2. JNET provides overall management and administrative functions and operates as the holding company for and as the managing member with respect to ServiCom LLC ("ServiCom") and Vitel LLC ("Vitel" and, together with ServiCom and JNET, collectively, the "Debtors").

3. In conjunction with its separate but complementary subsidiaries, ServiCom and Vitel, JNET constitutes a full service, outsource provider of customer contact management and telecommunication infrastructure fulfillment services to Fortune 1000 companies. As of the Petition Date, JNET independently employs approximately 31 people.

4.      Since I founded JNET in 2003, the company has grown substantially. JNET realized on a consolidated basis $80 million in revenues in 2017 and is on track to generate revenues of $70 million in 2018 largely from ServiCom and Vitel.

5.      ServiCom provides a comprehensive suite of call center outsourcing services to a broad range of industries. The customer care and telemarketing capabilities include inbound calls, outbound calls, internet sales, customer service, customer retention, customer affairs, market research, help desk, lead management, interactive services, and fulfillment services. ServiCom primarily serves clients in the insurance, utility and telecom industries. ServiCom maintains its principal assets and operates a call center location in Milford, CT. ServiCom also operates call center locations in Machesney Park, IL and Sydney, NS (Canada). As of the Petition Date, ServiCom employs approximately 800 people.

6.      Vitel provides installation and construction related services and other customer management services to cable and telecom companies, including installation of cable and telephone equipment, high speed data and digital phone installation, multiple dwelling unit construction and customer save services. Vitel currently operates in Pennsylvania, Georgia, Maryland, Michigan, New Jersey and Texas. As of the Petition Date, Vitel employs approximately 25 people.

7.      Unfortunately, the Debtors suffered significant losses in 2017 and 2018 year-to-date attributable to multiple factors.

8.      First, ServiCom expanded its operations in anticipation of significant additional business. Specifically, early in 2016, ServiCom was awarded a significant inbound calling program. This required the addition of a third call center in Illinois which opened in September 2016. The new program and facility required a tremendous investment in equipment,

infrastructure, and personnel. This expansion also took much more time than anticipated—and with delay came further costs. This work had the potential to be ServiCom's single most profitable program. Unfortunately, the call volume anticipated from the customer did not materialize at the rate they projected, resulting in negative cash flows.

9. Another customer decided in 2017 to discontinue its one type of inbound customer service work and replace it with another. This is not an issue in and of itself. However, the pull back of the former work happened at a much faster pace than the substitution of the new work. The significant drop in revenue experienced during the phase out produced cash flows insufficient to cover the cost of the call center dedicated to this work. Then, in 2018, the customer cancelled the second program altogether leaving ServiCom with a large idle investment.

10. As for Vitel, the overall shrinking of the residential cable industry significantly decreased revenue. In particular, starting in late 2017, one cable company reduced the amount of fulfillment work assigned to subcontractors like Vitel by 40%. This had a significant adverse impact on cash flow. In response, Vitel took the necessary steps in 2018 to right size its operations in light of these changes only to see a further dip in revenue awarded. The 2018 construction work from new contracts was also delayed from Q2 to Q3, compounding the overall losses suffered.

11. JNET and its subsidiaries have responded to this contraction by closing a number of facilities and otherwise reducing the size of its business and operations which has resulted in a significant reduction in its overhead and personnel costs. Their overall enterprise and infrastructure are now consistent with the volume of work they currently have and reasonably anticipate having for the foreseeable future. Unfortunately, there exists significant unpaid expansion costs, liabilities arising from the subsequent downsizing of its operations, and other resulting financial challenges. These circumstances have also placed a tremendous burden on JNET's and its subsidiaries'

working capital. Thus, JNET, ServiCom and Vitel seek bankruptcy relief under Chapter 11 so they can focus on their going forward business and return to profitability, and address their liabilities.

12. The Debtors have commenced the above-captioned Chapter 11 cases simultaneously and their businesses are interrelated both with respect to their ownership, in that JNET owns ServiCom and Vitel, and their management, in that JNET is the managing member of its two subsidiaries.

13. Joint administration will promote efficiency and avoid wasted time and expense of duplicative motions, applications and notices.

14. The Application does not request and the Debtors do not seek substantive consolidation of their chapter 11 cases.

I declare upon penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 19, 2018

*/s/ David Jefferson*
David Jefferson
Manager, JNET Communications, LLC
