# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SERVICOM LLC, | : | Case No. 18-31722 (AMN) |
| JNET COMMUNICATIONS LLC, and | : | Case No. 18-31723 (AMN) |
| VITEL COMMUNICATIONS LLC, | : | Case No. 18-31724 (AMN) |
| | : | |
| Debtors. | : | (Joint Administration Requested) |

## ORDER AUTHORIZING APPOINTMENT OF COUNSEL

Upon the Application of ServiCom LLC ("ServiCom"), JNET Communications, LLC and Vitel Communications LLC ("Vitel") (collectively, the "Debtors"), requesting authority to employ and appoint Zeisler & Zeisler, P.C. ("Z&Z"), under a general retainer, to represent the Debtors as Debtors-in-Possession in the above-captioned Chapter 11 cases (collectively, the "Bankruptcy Cases"); and upon the Affidavit of Stephen M. Kindseth; and it appearing that said Z&Z are attorneys duly admitted to practice in this Court; and the Court being satisfied that Z&Z represents no interest adverse to said Debtors herein, or to their estates, and are disinterested persons in the matters upon which Z&Z is to be engaged; and its employment being necessary and in the best interests of the Debtors and their estates; and it appearing that due and appropriate notice has been given and such notice being sufficient; it is hereby

ORDERED, that the Application is GRANTED and the Debtors, as Debtors-in-Possession herein, be and hereby are authorized to employ Z&Z to represent them as Debtors-in-Possession in these Bankruptcy Cases under a general retainer and for which Z&Z has received a retainer in the amount of $140,000.00 (less such amounts as are applied to fees and expenses incurred prior to the commencement of the bankruptcy cases which will be deducted from the $140,000 paid by the Debtors to determine the actual retainer amount; upon such deduction, Z&Z shall promptly file an

Amended Disclosure of Compensation of Attorneys of Debtors disclosing the actual retainer amount) (the "Retainer"); and it is further

ORDERED, that Z&Z shall hold the Retainer in accordance with the representation set forth in the Application; specifically, *inter alia*, in a separate interest-bearing escrow account in Z&Z's name, and no amounts from the Retainer may be disbursed unless or until Z&Z's fees and expenses are allowed by the Bankruptcy Court; and it is further

ORDERED, that Z&Z is directed to apply to this Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy Procedure.