# EXHIBIT B

## JNET Summary

|  | 10/26/2018 | 11/2/2018 | 11/9/2018 | 11/16/2018 | 11/23/2018 | 11/30/2018 |
|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | **90** | **536** | **73** | **642** | **223** | **693** |
| **Inflows:** | | | | | | |
| Funding from Sales | 580 | 695 | 655 | 655 | 655 | 655 |
| Reserves from payments (.11) | 158 | 10 | 206 | 10 | 84 | 10 |
| Factoring Fees (.015) | (22) | (1) | (28) | (1) | (12) | (1) |
| Net Cash Inflows | 716 | 703 | 832 | 663 | 728 | 663 |
| **Outflows:** | | | | | | |
| Payroll | 115 | 888 | 115 | 886 | 115 | 891 |
| Pre-petition Payroll | - | - | - | - | - | - |
| Contractors | 30 | 46 | 25 | 35 | 35 | 60 |
| Rent | - | 104 | - | - | - | - |
| Advertising/Recruiting | 2 | 1 | 1 | 1 | 2 | 1 |
| Telephone - Production | 28 | 29 | 28 | 28 | 28 | 28 |
| Materials and Supplies | 10 | 10 | 30 | 30 | 31 | 30 |
| Equipment Leases/Expense | 10 | 15 | 15 | 15 | 15 | 15 |
| Utilities | 3 | 18 | 3 | 3 | 3 | 3 |
| Insurance - GL | 67 | - | - | - | - | 67 |
| Insurance - Medical | - | - | - | 57 | - | - |
| AMEX | - | 50 | - | - | - | 50 |
| Misc. | 5 | 5 | 25 | 25 | 25 | 25 |
| Vehicle Expense | - | 1 | 21 | 3 | 3 | 3 |
| Legal | - | - | - | - | - | - |
|  | - | - | - | - | - | - |
|  | - | - | - | - | - | - |
| **Net Cash Outflows:** | 270 | 1,167 | 263 | 1,083 | 257 | 1,173 |
| **Ending Cash Balance** | 536 | 73 | 642 | 223 | 693 | 184 |

**Data Input**
Gross Revenue Forecasted
Expected Cash Receipts
Customer

**JNET Communications LLC**

| | | | | | | |
|---|---|---|---|---|---|---|
| Factoring Advance % | 0.875 | 0.875 | 0.875 | 0.875 | 0.875 | 0.875 |
| | 10/26/2018 | 11/2/2018 | 11/9/2018 | 11/16/2018 | 11/23/2018 | 11/30/2018 |
| Beginning Cash Balance | **80** | **80** | **(17)** | **(17)** | **(100)** | **(101)** |
| **Inflows:** | | | | | | |
| Funding from Sales (see line 3) | - | - | - | - | - | - |
| Reserves from payments (.11) | - | - | - | - | - | - |
| Factoring Fees (.015) | - | - | - | - | - | - |
| Net Cash Inflows | - | - | - | - | - | - |
| **Outflows:** | | | | | | |
| Payroll | | 83 | | 83 | | 83 |
| Pre-petition Payroll | | | | | | |
| Contractors | - | - | - | - | - | - |
| Rent | | 12 | | | | |
| Advertising/Recruiting | | | | | | |
| Telephone - Production | | 1 | | | | |
| Materials and Supplies | | | | | 1 | |
| Equipment Leases/Expense | | | | | | |
| Utilities | | 1 | | | | |
| Insurance - GL | | | | | | |
| Insurance - Medical | | | | | | |
| AMEX | | | | | | |
| Misc. | | | | | | |
| Vehicle Expense | | | | | | |
| Legal | | | | | | |
| Net Cash Outflows: | - | 97 | - | 83 | 1 | 83 | - |
| Ending Cash Balance | 80 | (17) | (17) | (100) | (101) | (184) | - |

| Data Input |
|---|
| Gross Revenue Forecasted |
| Expected Cash Receipts |
| Customer |

**Vitel Communications LLC**

| | | | | | | |
|---|---|---|---|---|---|---|
| Factoring Advance % | 0.875 | 0.875 | 0.875 | 0.875 | 0.875 | 0.875 |
| | 10/26/2018 | 11/2/2018 | 11/9/2018 | 11/16/2018 | 11/23/2018 | 11/30/2018 |
| Beginning Cash Balance | - | (44) | (26) | 12 | 91 | 136 |
| **Inflows:** | | | | | | |
| Funding from Sales (see line 3) | 88 | 149 | 163 | 163 | 163 | 163 |
| Reserves from payments (.11) | 8 | 8 | 8 | 8 | 8 | 8 |
| Factoring Fees (.015) | (1) | (1) | (1) | (1) | (1) | (1) |
| Net Cash Inflows | 94 | 155 | 169 | 169 | 169 | 169 |
| **Outflows:** | | | | | | |
| Payroll | 35 | 5 | 35 | 3 | 35 | 8 |
| Pre-petition Payroll | | | | | | |
| Contractors | 30 | 46 | 25 | 35 | 35 | 60 |
| Rent | | 12 | | | | |
| Advertising/Recruiting | 1 | | | | 1 | |
| Telephone - Production | | | | | | |
| Materials and Supplies | 5 | 5 | 25 | 25 | 25 | 25 |
| Equipment Leases/Expense | | 5 | 5 | 5 | 5 | 5 |
| Utilities | | 14 | | | | |
| Insurance - GL | 67 | | | | | 67 |
| Insurance - Medical | | | | | | |
| AMEX | | 50 | | | | 50 |
| Misc. | | | 20 | 20 | 20 | 20 |
| Vehicles | | 1 | 21 | 3 | 3 | 3 |
| Legal | | | | | | |
| | | | | | | |
| Net Cash Outflows: | 138 | 138 | 131 | 91 | 124 | 238 |
| | | | | | | |
| Ending Cash Balance | (44) | (26) | 12 | 91 | 136 | 68 |

| Data Input | | | | | | |
|---|---|---|---|---|---|---|
| Gross Revenue Forecasted | 100 | 170 | 186 | 186 | 186 | 186 |
| Expected Cash Receipts Customer | 70 | 70 | 70 | 70 | 70 | 70 |

**Servicom LLC**

| | | | | | | |
|---|---|---|---|---|---|---|
| Factoring Advance % | 0.82 | 0.91 | 0.82 | 0.82 | 0.82 | 0.82 |
| | 10/26/2018 | 11/2/2018 | 11/9/2018 | 11/16/2018 | 11/23/2018 | 11/30/2018 |
| **Beginning Cash Balance** | **10** | **500** | **116** | **647** | **232** | **658** |
| **Inflows:** | | | | | | |
| Funding from Sales (see line 3) | 492 | 546 | 492 | 492 | 492 | 492 |
| Reserves from payments (.11) | 150 | 2 | 198 | 2 | 77 | 2 |
| Factoring Fees (.015) | (20) | (0) | (27) | (0) | (10) | (0) |
| Net Cash Inflows | 622 | 548 | 663 | 494 | 558 | 494 |
| **Outflows:** | | | | | | |
| Payroll | 80 | 800 | 80 | 800 | 80 | 800 |
| Pre-petition Payroll | | | | | | |
| Contractors | - | - | - | - | - | - |
| Rent | | 80 | | | | |
| Advertising/Recruiting | 1 | 1 | 1 | 1 | 1 | 1 |
| Telephone - Production | 28 | 28 | 28 | 28 | 28 | 28 |
| Materials and Supplies | 5 | 5 | 5 | 5 | 5 | 5 |
| Equipment Leases/Expense | 10 | 10 | 10 | 10 | 10 | 10 |
| Utilities | 3 | 3 | 3 | 3 | 3 | 3 |
| Insurance - GL | | | | | | |
| Insurance - Medical | | | | 57 | | |
| AMEX | | | | | | |
| Misc. | 5 | 5 | 5 | 5 | 5 | 5 |
| Vehicles | | | | | | |
| Legal | | | | | | |
| Net Cash Outflows: | 132 | 932 | 132 | 909 | 132 | 852 |
| **Ending Cash Balance** | 500 | 116 | 647 | 232 | 658 | 300 |

| **Data Input** | | | | | | |
|---|---|---|---|---|---|---|
| Gross Revenue Forecasted | 600 | 600 | 600 | 600 | 600 | 600 |
| Expected Cash Receipts | 1,366 | 20 | 1,800 | 20 | 697 | 20 |
| Customer | AMC & SXM | AMC | SXM/GM | AMC | AT&T & AMC | AMC |